FormCACB 115 (rentcka)
(11/05)

# United States Bankruptcy Court
# Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## RENTAL DEPOSIT ACKNOWLEDGMENT

**DEBTOR(S) INFORMATION:**
Abelardo Martinez
**SSN:** xxx–xx–8371
**EIN:** N/A

7357 Denny Ave
North Hollywood, CA 91352

**BANKRUPTCY NO.** 1:10–bk–14689–GM
**CHAPTER** 13

The debtor in the above captioned case submitted a Rental Deposit in the amount of $ 1800.00 , money order or check number 427010273 with the Clerk of the Bankruptcy Court. Pursuant to § 362(l)(1) of the Bankruptcy Code, the Clerk's Office will transmit these funds to the debtor's lessor at the address listed on the bankruptcy petition.

Dated: April 22, 2010

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**
**By: Johanne Remy**
   **Deputy Clerk**

(Form rev. 11/05) VAN–115 rentcka

**4 / JRV**